**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael F. Wright                                                CHAPTER 13

                      Debtor(s)

BKY. NO. 23-13944 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

                      Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
14 Feb 2024, 15:30:16, EST

                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322