## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> MICHAEL F. WRIGHT <br><br> CrossCountry Mortgage, LLC, <br>    Movant <br><br> vs. <br><br> MICHAEL F. WRIGHT , <br>    Debtor | Case No. 23-13944-amc <br> Chapter 13 |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN

CrossCountry Mortgage, LLC ("Movant"), by and through its legal counsel, hereby withdraws its Objection To Confirmation Of Plan filed on January 10, 2024, Doc # 12.

This 18th day of March, 2024.

>    */s/Andrew Spivack*
>    Andrew Spivack, PA Bar No. 84439
>    Matthew Fissel, PA Bar No. 314567
>    Mario Hanyon, PA Bar No. 203993
>    Ryan Starks, PA Bar No. 330002
>    Jay Jones, PA Bar No. 86657
>    Attorney for Creditor
>    BROCK & SCOTT, PLLC
>    3825 Forrestgate Drive
>    Winston Salem, NC 27103
>    Telephone: (844) 856-6646
>    Facsimile: (704) 369-0760
>    E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> MICHAEL F. WRIGHT <br><br> CrossCountry Mortgage, LLC, <br>     Movant <br><br> vs. <br><br> MICHAEL F. WRIGHT , <br>     Debtor | Case No. 23-13944-amc <br><br> Chapter 13 |

**<u>CERTIFICATE OF SERVICE</u>**

     I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection to Confirmation of Plan has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

DAVID B. SPITOFSKY, Debtor's Attorney
516 Swede Street
Norristown, PA 19401
spitofskybk@verizon.net


SCOTT F WATERMAN [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107


Via First Class Mail:

MICHAEL F. WRIGHT
1972 SUPPLEE ROAD

LANSDALE, PA 19446

Date: <u>March 20, 2024</u>

                                              <u>*/s/Andrew Spivack*</u>
                                              Andrew Spivack, PA Bar No. 84439
                                              Matthew Fissel, PA Bar No. 314567
                                              Mario Hanyon, PA Bar No. 203993
                                              Ryan Starks, PA Bar No. 330002
                                              Jay Jones, PA Bar No. 86657
                                              Attorney for Creditor
                                              BROCK & SCOTT, PLLC
                                              3825 Forrestgate Drive
                                              Winston Salem, NC 27103
                                              Telephone: (844) 856-6646
                                              Facsimile: (704) 369-0760
                                              E-Mail: PABKR@brockandscott.com