United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael F. Wright  
Debtor

Case No. 23-13944-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Apr 10, 2024 | Form ID: 155 | Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael F. Wright, 1972 Supplee Road, Lansdale, PA 19446-5563 |
| 14843063 | | Children's Hospital of Philadelphia, P.O. Box 787802, Philadelphia, PA 19178-7802 |
| 14855861 | + | CrossCountry Mortgage LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14854864 | + | CrossCountry Mortgage LLC, C/O Matthew K. Fissel, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14843057 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14843069 | + | Earnest/Navient, Attn: Bankruptcy, P.O. Box 9250, Wilkes-Barre, PA 18773-9250 |
| 14843070 | + | Frederic I. Weinberg, Esquire, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14843421 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 11 2024 00:27:32 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14843639 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 11 2024 00:27:14 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14861696 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 11 2024 00:27:32 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14843060 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 11 2024 00:22:00 | Ally Financial, Inc., Attn: Bankruptcy, 500 Woodard Avenue, Detroit, MI 48226-3416 |
| 14863660 | | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 11 2024 00:22:00 | Bank of America, N.A., PO Box 15102, Wilmington DE 19886-5102 |
| 14843061 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 11 2024 00:22:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14863125 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 11 2024 00:22:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14843065 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 11 2024 00:22:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Plaza, Providence, RI 02903 |
| 14843062 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 00:27:33 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14844803 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 11 2024 00:27:12 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844929 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 00:27:10 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14843064 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 00:27:22 | Citibank, Citicorp Credit Services, P.O. Box |

| | | | | |
|---|---|---|---|---|
| | | | | 790040, St. Louis, MO 63179-0040 |
| 14844214 | + | Email/Text: EBN@brockandscott.com | Apr 11 2024 00:22:00 | CrossCountry Mortgage, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14844388 | + | Email/Text: EBN@brockandscott.com | Apr 11 2024 00:22:00 | CrossCountry Mortgage, LLC., c/o Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14843066 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 11 2024 00:22:00 | Cross Country Mortgage, Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-0089 |
| 14843067 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 11 2024 00:23:00 | Dept Of Education/Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14844459 | | Email/Text: mrdiscen@discover.com | Apr 11 2024 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14843068 | + | Email/Text: mrdiscen@discover.com | Apr 11 2024 00:22:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14843059 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 11 2024 00:23:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14843071 | ^ | MEBN | Apr 11 2024 00:18:40 | Happy Money, Attn: Bankruptcy, 21512 Hawthorne Boulevard, Suite 200, Torrence, CA 90503 |
| 14855029 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2024 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14858827 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:27:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14854445 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2024 00:22:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14860081 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2024 00:22:00 | Nationstar Mortgage, LLC, Bankruptcy Department /PO Box 619096, Dallas, TX 75261-9741 |
| 14855546 | | Email/PDF: pa_dc_claims@navient.com | Apr 11 2024 00:27:19 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14843072 | | Email/Text: ebn@nemours.org | Apr 11 2024 00:23:00 | Nemours Children's Health, P.O. Box 530253, Atlanta, GA 30353-0253 |
| 14861573 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2024 00:27:20 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12914, Norfolk, VA 23541 |
| 14861210 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2024 00:27:20 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14853500 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:27:22 | Santander Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14843073 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Apr 11 2024 00:27:19 | SoFi Lending Corp., 2750 E. Cottonwood Parkway, Suite 300, Cottonwood Heights, UT 84121-7285 |
| 14843074 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 00:27:14 | Synchrony/Ashley Furniture, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14848486 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 11 2024 00:23:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 14848672 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 11 2024 00:23:00 | US Department of Education, PO Box 2837, Portland, OR 97208-2837 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14854444 | *+ | CrossCountry Mortgage, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14843058 | *+ | Michael F. Wright, 1972 Supplee Road, Lansdale, PA 19446-5563 |
| 14862548 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12914, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor CrossCountry Mortgage  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Michael F. Wright spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor CrossCountry Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor CrossCountry Mortgage  LLC wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Michael F. Wright  )  Case No. 23−13944−amc
  )
  )
   Debtor(s).  )  Chapter: 13
  )
  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 10, 2024

For The Court

Ashely M. Chan
Judge, United States Bankruptcy Court