| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-13944-AMC

Michael F. Wright  
1972 Supplee Road  
Lansdale  PA   19446

Petition Filed Date: 12/30/2023  
341 Hearing Date: 03/01/2024  
Confirmation Date: 04/10/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2024 | $550.00 | | 10/01/2024 | $550.00 | | 10/31/2024 | $550.00 | |
| 12/03/2024 | $550.00 | | 01/02/2025 | $550.00 | | 01/31/2025 | $550.00 | |
| 03/03/2025 | $550.00 | | 03/31/2025 | $550.00 | | 05/01/2025 | $550.00 | |
| 06/03/2025 | $550.00 | | 07/01/2025 | $550.00 | | 07/31/2025 | $550.00 | |

**Total Receipts for the Period:  $6,600.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $4,875.00 | $4,875.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $22,785.94 | $590.86 | $22,195.08 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $5,448.65 | $141.27 | $5,307.38 |
| 3 | US DEPARTMENT OF EDUCATION »» 003 | Unsecured Creditors | $34,830.20 | $903.19 | $33,927.01 |
| 4 | RESURGENT CAPITAL SERVICES »» 004 | Unsecured Creditors | $19,812.47 | $513.75 | $19,298.72 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $2,826.78 | $73.29 | $2,753.49 |
| 6 | NAVIENT SOLUTIONS LLC »» 006 | Unsecured Creditors | $14,665.87 | $380.31 | $14,285.56 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $1,240.84 | $32.17 | $1,208.67 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $12,714.48 | $329.69 | $12,384.79 |
| 9 | NATIONSTAR MORTGAGE LLC »» 009 | Mortgage Arrears | $924.55 | $924.55 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $2,720.95 | $70.54 | $2,650.41 |
| 11 | ALLY FINANCIAL INC aka ALLY BANK »» 11A | Secured Creditors | $568.75 | $568.75 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $3,835.63 | $99.47 | $3,736.16 |
| 13 | BANK OF AMERICA NA »» 013 | Unsecured Creditors | $1,010.64 | $17.70 | $992.94 |
| 14 | CHILDREN'S HOSPITAL OF PHILA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITIZENS BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13944-AMC**

| 16 | HAPPY MONEY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | DUPONT CHILDRENS HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | ALLY FINANCIAL INC aka ALLY BANK »» 11B | Unsecured Creditors | $3,166.34 | $0.00 | $3,166.34 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,450.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $9,520.54 | Arrearages: | $0.00 |
| Paid to Trustee: | $907.50 | Total Plan Base: | $33,000.00 |
| Funds on Hand: | $21.96 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.