Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Michael F. Wright
1972 Supplee Road
Lansdale, PA 19446

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-13944-AMC**

Petition Filed Date: 12/30/2023
341 Hearing Date: 03/01/2024
Confirmation Date: 04/10/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $550.00 | | 10/01/2025 | $550.00 | | 11/03/2025 | $550.00 | |
| 12/02/2025 | $550.00 | | 01/05/2026 | $550.00 | | 02/02/2026 | $550.00 | |
| 03/03/2026 | $550.00 | | 03/31/2026 | $550.00 | | 05/01/2026 | $550.00 | |
| 06/02/2026 | $550.00 | | 07/01/2026 | $550.00 | | 07/31/2026 | $550.00 | |

**Total Receipts for the Period: $6,600.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $17,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $4,875.00 | $4,875.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $22,785.94 | $1,702.35 | $21,083.59 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $5,448.65 | $407.11 | $5,041.54 |
| 3 | US DEPARTMENT OF EDUCATION<br>»» 003 | Unsecured Creditors | $34,830.20 | $2,602.28 | $32,227.92 |
| 4 | RESURGENT CAPITAL SERVICES<br>»» 004 | Unsecured Creditors | $19,812.47 | $1,480.23 | $18,332.24 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $2,826.78 | $211.20 | $2,615.58 |
| 6 | NAVIENT SOLUTIONS LLC<br>»» 006 | Unsecured Creditors | $14,665.87 | $1,095.73 | $13,570.14 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $1,240.84 | $92.65 | $1,148.19 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $12,714.48 | $949.88 | $11,764.60 |
| 9 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 009 | Mortgage Arrears | $924.55 | $924.55 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $2,720.95 | $203.28 | $2,517.67 |
| 11 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 11A | Secured Creditors | $568.75 | $568.75 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $3,835.63 | $286.56 | $3,549.07 |

**Chapter 13 Case No. 23-13944-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | BANK OF AMERICA NA<br>»» 013 | Unsecured Creditors | $1,010.64 | $67.31 | $943.33 |
| 14 | CHILDREN'S HOSPITAL OF PHILA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITIZENS BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | HAPPY MONEY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | DUPONT CHILDRENS HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 11B | Unsecured Creditors | $3,166.34 | $171.32 | $2,995.02 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,050.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $15,638.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,403.60 | Total Plan Base: | $33,000.00 |
| Funds on Hand: | $8.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.